IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

LIEUTENANT PATRICE LAMBERT,

    Plaintiff,

v.                                       CIVIL ACTION NO.: 3:14-cv-24354

CABELL COUNTY COMMISSION and
CABELL COUNTY SHERIFF'S DEPARTMENT,
CHIEF DEPUTY DOUGH FERGUSON, and
SHERIFF THOMAS MCCOMAS,

    Defendants.

## STIPULATION AND DISMISSAL ORDER

NOW COMES the Plaintiff, Lieutenant Patrice Lambert, by counsel, Maria Hughes and Mark Goldner, Hughes & Goldner, PLLC; and comes the Defendant, Cabell County Sheriff's Department, by counsel, Lee Murray Hall and Nathanial A. Kuratomi and Jenkins Fenstermaker PLLC and jointly move the Court to dismiss the Plaintiff's claims against Defendant Cabell County Sheriff's Department with prejudice. The Court, being advised of the premises herein and finding no objection thereto, hereby **ORDERS** that this action is dismissed, with prejudice, as to Defendant Cabell County Sheriff's Department with the parties to bear their own costs and attorneys' fees.

The Clerk is directed to send certified copies of this Order to all counsel of record.

*Entered this* _____12_____ *day of* __Jan.__, 2015.

_____
ROBERT C. CHAMBERS, CHIEF JUDGE

Prepared By:

/s/ Maria W. Hughes
Maria W. Hughes, Esquire, WVSB #7298
Mark Goldner, Esquire, WVSB #11286
HUGHES & GOLDNER, PLLC
P.O. Box 11662
Charleston, WV 25339
(304) 400-4816
(304) 205-7729
maria@wvemploymentrights.com
mark@wvemploymentrights.com

*Counsel for Plaintiff*


Approved By:

/s/ Lee Murray Hall
Lee Murray Hall, Esquire (WV Bar #6447)
Nathanial A. Kuratomi, Esquire (WV Bar #10328)
JENKINS FENSTERMAKER, PLLC
Post Office Box 2688
Huntington, WV 25726-2688
(304) 523-2100
(304) 523-2347 *fax*
lmh@jenkinsfenstermaker.com
nak@jenkinsfenstermaker.com

*Counsel for Defendants*